# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00615-CV

**In re Alfonso Moreno**

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Alfonso Moreno filed a petition for writ of mandamus[1] directed to the Williamson County Justice of the Peace, Precinct 3.  However, we may issue writs of mandamus only against a district judge or county judge sitting in our district, or to enforce our jurisdiction, none of which are implicated here.  *See* Tex. Const. art. V, § 6; Tex. Gov't Code § 22.221(b); *see also In re Barrera*, No. 04-14-00464-CV, 2014 Tex. App. LEXIS 7144, at *1 (Tex. App.—San Antonio July 2, 2014, orig. proceeding) (dismissing for want of jurisdiction relator's mandamus petition directed to justice of the peace).

The petition for writ of mandamus is dismissed for want of jurisdiction.  *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Field

Filed:   October 7, 2015

---

[1] The petition is titled "Habeas Corpus Writ of Mandamus" but seeks only mandamus relief.